IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JERRY A. WINN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 3:08-cv-00532 |
| CRICKET COMMUNICATIONS, INC. | ) ) | Judge Trauger |
| Defendant. | ) ) | |

## ORDER

For the reasons discussed in the accompanying memorandum, the Motion for Summary Judgment of Defendant Cricket Communications, Inc. (Docket No. 26) is **GRANTED** and the plaintiff's claims **DISMISSED**.

It is so Ordered.

Entered this 20th day of May 2009.

_____
ALETA A. TRAUGER
United States District Judge